| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Garbanzo Mediterranean Fresh, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Garbanzo Mediterranean Fresh Missouri, LLC** <br> **DBA  Garbanzo Mediterranean Fresh, LLC** <br> **DBA  Garbanzo Mediterranean Grill Franchising, LLC** <br> **DBA  Garbanzo Mediterranean Grill, LLC** <br> **DBA  Garbanzo Investors, LLC** <br> **DBA  Garbanzo Medieterranean Fresh** <br> **DBA  Garbanzo Mediterranean Fresh Food Trucks, LLC** <br> **DBA  GMG Aquisition LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4228872** |

| | | |
| --- | --- | --- |
| 4. | Debtor's address | **Principal place of business** <br><br> **7700 E. Arapahoe Road, Suite 270** <br> **Centennial, CO 80112** <br> Number, Street, City, State & ZIP Code <br><br> **Arapahoe** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br><br> Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Garbanzo Mediterranean Fresh, LLC**                    Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7225**____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **Garbanzo Mediterranean Fresh, LLC**
_____   Case number (*if known*) _____
Name

---

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Garbanzo Mediterranean Fresh, LLC**                    Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2020**
              MM / DD / YYYY

**X** **/s/ Barry Levine**                               **Barry Levine**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Robert E. Eggmann**                Date  **August 12, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**Robert E. Eggmann 37374**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone  **314-854-8600**      Email address  **ree@carmodymacdonald.com**

**37374 MO**
Bar number and State

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Garbanzo Mediterranean Fresh, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Accent Branding Solutions**<br>1401 Webster Ave.<br>Fort Collins, CO 80524 | | **Vendor** | | | | **$314.68** |
| **Aramark Uniform Services**<br>P.O. Box 731676<br>Dallas, TX 75373 | | **Vendor** | | | | **$1,010.55** |
| **Century Link**<br>P.O. Box 91155<br>Seattle, WA 98111-9255 | | **Telephone** | | | | **$526.91** |
| **Century Link Business Services**<br>P.O. Box 52187<br>Phoenix, AZ 85072-2187 | | **Telephone** | | | | **$443.20** |
| **City of Longmont Civic Center Complex**<br>350 Kimbark St.<br>Longmont, CO 80501 | | **Sales Tax (P&I)** | | | | **$148.60** |
| **Custom Channels**<br>2569 Park Lane Suite 104<br>Lafayette, CO 80026 | | **Vendor** | | | | **$35.00** |
| **Drag N Fly Wireless, Inc.**<br>7133 Washington Ave. South<br>Minneapolis, MN 55439 | | **Telephone** | | | | **$150.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Garbanzo Mediterranean Fresh, LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Journalistic Inc.** **101 Euoropa Drive,** **Suite 150** **Chapel Hill, NC** **27517** | | | **Disputed** | | | **$2,500.00** |
| **NUCO** **P.O. Box 417902** **Boston, MA 02241** | | **Vendor** | | | | **$1,286.70** |
| **O'Toole Design** **Associates, Inc.** **2150 Schuetz Rd.,** **Ste. 205** **Saint Louis, MO** **63146** | | **Vendor** | | | | **$399.01** |
| **Partech** **8383 Seneca Tpke** **New Hartford, NY** **13413** | | **Vendor** | | | | **$154.00** |
| **Patiot Print** **Fulfillment, LLC** **2221 E. Lamar Blvd.,** **#480** **Arlington, TX 76006** | | **Vendor** | | | | **$2,640.00** |
| **Sprague Pest** **Control** **2725 Pacific Ave.** **Tacoma, WA 98402** | | **Pest Control** | | | | **$89.00** |
| **Terminix Processing** **Center** **P.O. Box 802155** **Chicago, IL** **60680-2131** | | **Pest Control** | | | | **$65.00** |
| **Vestar Bowles** **Crossing, LLC** **2425 E. Camelback** **Rd., Ste. 750** **Phoenix, AZ** **85010-6000** | | **Vendor** | | | | **$3,950.69** |
| **Xcel Energy** **P.O. Box 9477** **Minneapolis, MN** **55484** | | **Vendor** | | | | **$829.23** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Garbanzo Mediterranean Fresh, LLC**                 Case No.                                  

                                      Debtor(s)         Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __**2**__ page(s) and is true, correct and complete.

                                       **/s/ Barry Levine**

                                       **Barry Levine**/**Manager**
                                       Signer/Title

                                     Dated:     **August 12, 2020**

Accent Branding Solutions
1401 Webster Ave.
Fort Collins, CO 80524

Aramark Uniform Services
P.O. Box 731676
Dallas, TX 75373

Century Link
P.O. Box 91155
Seattle, WA 98111-9255

Century Link
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187

City of Longmont
Civic Center Complex
350 Kimbark St.
Longmont, CO 80501

Custom Channels
2569 Park Lane
Suite 104
Lafayette, CO 80026

David L. Lansky, Esq.
Clark Hill PLC
14850 North Scottsdale Rd., Ste. 500
Scottsdale, AZ 85254

Dinova
6455 East Johns Crossing
Suite 220
Johns Creek, GA 30097

Drag N Fly Wireless, Inc.
7133 Washington Ave. South
Minneapolis, MN 55439

Garbanzo Mediterranean Grill, LLC
7700 E. Arapahoe Rd., Ste. 270
Centennial, CO 80112

Journalistic Inc.
101 Euoropa Drive, Suite 150
Chapel Hill, NC 27517

NMMS Twin Peaks, LLC and GKT Village at
the Peaks Investor, LLC; c/o NewMark
Merrill Co., Attn: Sandy D. Sigal
5850 Canoga Ave., Ste. 650
Woodland Hills, CA 91367

NUCO
P.O. Box 417902
Boston, MA 02241

O'Toole Design Associates, Inc.
2150 Schuetz Rd., Ste. 205
Saint Louis, MO 63146

Partech
8383 Seneca Tpke
New Hartford, NY 13413

Patiot Print Fulfillment, LLC
2221 E. Lamar Blvd., #480
Arlington, TX 76006

Reed Restaurant Repair, LLC
11130 Gray St.
Westminster, CO 80020

Sprague Pest Control
2725 Pacific Ave.
Tacoma, WA 98402

Terminix Processing Center
P.O. Box 802155
Chicago, IL 60680-2131

Vestar Bowles Crossing, LLC
2425 E. Camelback Rd., Ste. 750
Phoenix, AZ 85010-6000

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484

Yestar Bowles Crossing, LLC c/o Vestar
Attn: President-Management Services
2425 E. Camelback Rd., Ste. 750
Phoenix, AZ 85016

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Garbanzo Mediterranean Fresh, LLC**

Debtor(s)

Case No. _____

Chapter    **11**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Garbanzo Mediterranean Fresh, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 12, 2020**

Date

**/s/ Robert E. Eggmann**

**Robert E. Eggmann 37374**

Signature of Attorney or Litigant

Counsel for   **Garbanzo Mediterranean Fresh, LLC**

**Carmody MacDonald P.C.**

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600 Fax:314-854-8660**
**ree@carmodymacdonald.com**